UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KRISTIAN WALTERS,<br><br>　　　　　　Petitioner,<br>v.<br><br>PERRY RUSSELL, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:21-cv-00405-MMD-CSD<br><br>ORDER |

　　　　Respondents, through counsel, move to extend time to file their answer to the remaining grounds for relief in Petitioner's first amended petition. (ECF No. 29.) Because the motion appears to be filed in good faith and not solely for the purpose of delay, the Court will grant the motion. The Court notes, however, that the extension will set a deadline for the answer that is seven months from the date the Court issued a decision on Respondents' motion to dismiss (ECF No. 27). Thus, the Court is not inclined to grant further extensions beyond this one.

　　　　It is therefore ordered that Respondents' motion to extend time to file their answer (ECF No. 29) is granted. The answer is due May 30, 2023. No further extensions will be granted absent a showing of extraordinary circumstances.

　　　　It is further ordered that Respondents' prior motion for extension of time (ECF No. 28) is denied as moot.

　　　　DATED THIS 31st Day of March 2023.

　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE