UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KRISTIAN WALTERS, | Case No. 3:21-cv-00405-MMD-CSD |
| Petitioner, | |
| v. | ORDER |
| PERRY RUSSELL, *et al*., | |
| Respondents. | |

Respondents, through counsel, move to extend time to file their answer to the remaining grounds for relief in Petitioner Kristian Walters's first amended petition. (ECF No. 32.) The Court's prior order extending time to file an answer warned Respondents that no further extensions would be granted absent a showing of extraordinary circumstances. (ECF No. 30.) In support of the current motion, Respondents' counsel notes that this case was just reassigned to her and that the Post-Conviction Division of the Attorney General's office is understaffed by four attorneys.

While the Court is sympathetic to the challenges brought about by the staffing shortage, this does not appear to be a complicated case. Thus, the Court will grant the motion, but will not permit any further extensions under any circumstances.

It is therefore ordered that Respondents' motion to extend time to file their answer (ECF No. 32) is granted. The answer is due June 30, 2023. The Court will not accept an answer from Respondents after that date.

DATED THIS 1st Day of June 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE